HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CARMEN JOHN PERRI, and individual,<br><br>Plaintiff,<br><br>v.<br><br>425 QUEEN ANNE, LLC, a Washington limited liability company,<br><br>Defendant. | No. 2:19-cv-00137-JLR<br><br>425 QUEEN ANNE LLC'S STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND TIME TO ANSWER COMPLAINT<br><br>NOTE ON MOTION CALENDAR:<br><br>FEBRUARY 28, 2019 |



Defendant 425 QUEEN ANNE, LLC hereby respectfully requests that, for the following reasons, the Court extend the deadline to file its Answer to the Complaint in this case to Thursday, March 14, 2019. By their signature below, the Plaintiff in this action stipulates to this Motion.

425 Queen Anne LLC respectfully submits that good cause exists for the extension for the following reasons:

1. The Defendant's counsel filed its appearance on February 20, 2019.

2. Counsel for the Defendant requires adequate time to review client records and confer.

3. An extension of time to file the Answer through March 14, 2019 will not substantially delay the case.

425 QUEEN ANNE LLC'S STIPULATED MOTION TO EXTEND TIME TO ANSWER COMPLAINT- 1
2:19-cv-00137-JLR

BERESFORD ♦ BOOTH PLLC
145 THIRD AVENUE SOUTH
EDMONDS, WASHINGTON 98020
(425) 776-4100 / (425) 776-1700 fax

For the foregoing reasons, 425 Queen Anne, LLC respectfully requests an extension of time to Answer the Plaintiff's Complaint.

Stipulated and Agreed this 28th day of February, 2019.

| THE LAW OFFICE OF DAN N. FIORITO, III | BERESFORD BOOTH PLLC |
|---|---|
| */s/ Dan N. Fiorito [by permission]*<br>Dan N. Fiorito, III, WSBA No. 34009<br>844 NW 48th Street<br>Seattle, Washington 98107<br>Telephone: (206) 299-1582<br>Facsimile: (206) 770-7590<br>Email: dan@danfiorito.com<br>*Attorney for Carmen John Perri* | */s/ Timothy E. Steen*<br>Timothy E. Steen, WSBA No. 35560<br>Nicholas L. Jenkins, WSBA No. 31982<br>145 Third Avenue South<br>Edmonds, Washington 98020-3593<br>Telephone: (425) 776-4100<br>Facsimile: (425) 776-1700<br>Email:   tims@beresfordlaw.com<br>            nickj@beresfordlaw.com<br>*Attorneys for 425 Queen Anne LLC* |

## [PROPOSED] ORDER

Based on the Stipulation of the Parties, IT IS HEREBY ORDERED that;

The deadline for Defendant 425 Queen Anne LLC to Answer the Plaintiff's Complaint has been extended to March 14, 2019.

DONE IN OPEN COURT this __1__ day of ~~February~~ March, 2019.

_____
HONORABLE JAMES L. ROBART

425 QUEEN ANNE LLC'S STIPULATED MOTION TO
EXTEND TIME TO ANSWER COMPLAINT- 2
2:19-cv-00137-JLR

BERESFORD ♦ BOOTH PLLC
145 THIRD AVENUE SOUTH
EDMONDS, WASHINGTON 98020
(425) 776-4100 / (425) 776-1700 fax

## CERTIFICATE OF SERVICE

I hereby certify that on February 28th, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to the following attorneys/interested parties:

Dan N. Fiorito, III           dan@danfiorito.com
Attorney for Plaintiff

                              By: /s/ Leah Bartoces
                                  Leah Bartoces, Paralegal

425 QUEEN ANNE LLC'S STIPULATED MOTION TO EXTEND TIME TO ANSWER COMPLAINT- 3
2:19-cv-00137-JLR

BERESFORD ♦ BOOTH PLLC
145 THIRD AVENUE SOUTH
EDMONDS, WASHINGTON 98020
(425) 776-4100 / (425) 776-1700 fax