UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CARMEN JOHN PERRI,<br><br>Plaintiff,<br><br>v.<br><br>425 QUEEN ANNE, LLC,<br><br>Defendant. | CASE NO. C19-0137JLR<br><br>ORDER TO SHOW CAUSE |

The court ORDERS the parties to show cause why this matter should not be consolidated with all of the following matters for pretrial purposes or for pretrial and trial purposes: (1) *Perri v. Wedgewood Court III Associates LLC*, No. C19-0110JLR; (2) *Perri v. Moore Hotel Inc.*, No. C19-0149JLR; (3) *Perri v. Mayflower Park Hotel, Inc.*, No. C10-0132JLR; (4) *Perri v. 621 Apartments LLC*, No. C19-0139JLR; (5) *Perri v. The Sorento Hotel Partnership*, No. C19-0144JLR; and (6) *Perri v. 2301 Third Ave. LP*, No. C19-0297JLR. The court further ORDERS the parties to file their responses to this order

//

ORDER - 1

within seven (7) days of the date of this order and to limit their responses to no more than five (5) pages.

Dated this 16th day of April, 2019.

JAMES L. ROBART
United States District Judge