HONORABLE JAMES L. ROBART

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| CARMEN JOHN PERRI,<br><br>    Plaintiff,<br>v.<br><br>MAYFLOWER PARK HOTEL, INC.,<br><br>    Defendant. | NO. 2:19-cv-00137-JLR<br><br>JOINT MOTION TO DISMISS 425 QUEEN ANNE, LLC & ORDER |
| CARMEN JOHN PERRI,<br><br>    Plaintiff,<br>v.<br><br>425 QUEEN ANNE, LLC.,<br><br>    Defendant. | |
| CARMEN JOHN PERRI,<br><br>    Plaintiff,<br>v.<br><br>621 APARTMENTS, LLC,<br><br>    Defendant. | |

*JOINT MOTION TO DISMISS*
*425 QUEEN ANNE, LLC* – 1
2:19-CV-00137-JLR

**BERESFORD ♦ BOOTH** PLLC
145 THIRD AVENUE SOUTH, SUITE 200
EDMONDS, WASHINGTON 98020
(425) 776-4100

| | |
|---|---|
| CARMEN JOHN PERRI,<br><br>   Plaintiff,<br>v.<br><br>SORRENTO HOTEL PARTNERSHIP,<br><br>   Defendant. | |
| CARMEN JOHN PERRI,<br><br>   Plaintiff,<br>v.<br><br>2301 THIRD AVENUE LP,<br><br>   Defendant. | |

Plaintiff CARMEN JOHN PERRI and Defendant 425 QUEEN ANNE, LLC agree and move the Court under FRCP 41 for an Order dismissing Defendant 425 QUEEN ANNE, LLC with prejudice and without an award of costs, attorney fees or interest to any party.

AGREED this  15th  day of August, 2019.

| | |
|---|---|
| THE LAW OFFICE OF DAN N. FIORITO, III | BERESFORD BOOTH PLLC |
| /s/ Dan Fiorito<br>Dan N. Fiorito, III, WSBA No. 34009<br>844 NW 48th Street<br>Seattle, Washington 98107<br>Telephone: (206) 299-1582<br>Facsimile: (206) 770-7590<br>Email: dan@danfiorito.com<br>*Attorney for Carmen John Perri* | /s/ Timothy E. Steen<br>Timothy E. Steen, WSBA No.35560<br>Nicholas L. Jenkins, WSBA No.31982<br>145 Third Avenue South<br>Edmonds, Washington 98020-3593<br>Telephone:  (425) 776-4100<br>Facsimile:  (425) 776-1700<br>Email:  tims@beresfordlaw.com<br>    nickj@beresfordlaw.com<br>*Attorneys for 425 Queen Anne LLC* |

JOINT MOTION TO DISMISS
425 QUEEN ANNE, LLC – 2
2:19-CV-00137-JLR

**BERESFORD ♦ BOOTH** PLLC
145 THIRD AVENUE SOUTH, SUITE 200
EDMONDS, WASHINGTON 98020
(425) 776-4100

# [~~PROPOSED~~] ORDER

Based on the Joint Motion of the Parties, IT IS HEREBY ORDERED that:

Defendant 425 QUEEN ANNE, LLC is dismissed with prejudice and without costs, fees, or interest awarded to any party.

DONE IN OPEN COURT this 16th day of August, 2019

HONORABLE JAMES L. ROBART

## CERTIFICATE OF SERVICE

I hereby certify that on August 15th, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to the following attorneys/interested parties:

Dan N. Fiorito, III       dan@danfiorito.com
Attorney for Plaintiff

By: /s/ Leah Bartoces
Leah Bartoces, Paralegal

JOINT MOTION TO DISMISS
425 QUEEN ANNE, LLC – 3
2:19-CV-00137-JLR

BERESFORD ♦ BOOTH PLLC
145 THIRD AVENUE SOUTH, SUITE 200
EDMONDS, WASHINGTON 98020
(425) 776-4100